PROB12C
(12/02)

# United States District Court
**for**
## The District of Rhode Island

## Petition for Summons for Offender Under Supervision

**Name of Offender:** David L. Evans **Case Number:** 1:97CR00078-001

**Name of Sentencing Judicial Officer:** Honorable Mary M. Lisi

**Date of Original Sentence:** March 6, 1998

**Original Offense:** Counts 2-17: Wire Fraud; Count 24: Impersonating an Officer of the United States

**Original Sentence:** Counts 2-17: 120 months incarceration and 3 years supervised release. Count 24: 36 months incarceration and 1 year supervised release, concurrent on all counts, with a special condition to participate in a substance abuse program, $140,638.78 restitution and $1,700 special assessment.

**Modifications:** On December 11, 2007, supervision was modified to include a special condition for mental health treatment as approved by the U.S. Probation Department

On May 1, 2008, supervision was modified to include a special condition for inpatient substance abuse treatment as approved by the U.S. Probation Department.

**Type of Supervision:** Supervised Release **Date Supervision Commenced:** November 28, 2007

**Assistant U.S. Attorney:** Andrew Reiche **Defense Attorney:** To Be Assigned

---

### PETITIONING THE COURT

☒ To issue a **Summons**

The probation officer believes that the offender has violated the following conditions of supervision:

| Condition Violated | Nature of Noncompliance |
|---|---|
| **Condition # 7** | **"The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician."**<br><br>On or about January 7, 2008, Mr. Evans used opiates as evidenced by the positive urine screen provided by him on that date. |

**Special Condition** **"The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician."**

During the week prior to April 28, 2008, the defendant used heroin several times and evidenced by his admission on April 28, 2008.

**Special Condition** **"The defendant shall participate in an outpatient program approved by the Probation Office for substance abuse, which program may include testing to determine whether the defendant has reverted to the use of drugs or alcohol."**

On or about July 10, 2008, the defendant was terminated from the Gosnold Residential Treatment Center for noncompliance.

**U.S. Probation Officer Recommendation:**

It is respectfully recommended that the Court issue a Summons so that the defendant can appear and answer to the alleged violations.

Reviewed and Approved by:

[signature]

Barry J. Weiner
Chief U.S. Probation Officer

Date: 07/17/08

I declare under the penalty of perjury that the foregoing is true and correct:

[signature]

Kathleen M. Hopkins
U.S. Probation Officer

Date: 07/17/08

## The Court Orders

- ☐ No Action
- ☐ The Issuance of a Warrant
- ☑ The Issuance of a Summons
- ☐ Other

[signature]

Honorable Mary M. Lisi
Chief U.S. District Judge

July 18, 2008
Date