AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF Rhode Island

USA

V.

David Evans

## EXHIBIT AND WITNESS LIST

Case Number: CR97-78ML

| PRESIDING JUDGE | ~~PLAINTIFF'S~~ Govt ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| M.J. Martin | Andrew Reich | Mary McElroy |
| ~~TRIAL~~ Hearing DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 7-28-08 | N/A | Martha Saucier |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | A | 7-28-08 | ✓ | | Letter from Defendant's Mother to Court |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.