AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.

DAVID L. EVANS

(Name and Address of Defendant)

**SUMMONS IN A CRIMINAL CASE**

Case Number: CR 97-78ML

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| U.S. DISTRICT COURT<br>TWO EXCHANGE TERRACE PROVIDENCE, RI 02903 | COURTROOM B |
| Before: U.S. MAGISTRATE JUDGE DAVID L. MARTIN | Date and Time<br>7/28/2008 10:00 am |

To answer a(n)

- ☐ Indictment
- ☐ Information
- ☐ Complaint
- ☐ Probation Violation Petition
- ☑ Supervised Release Violation Petition
- ☐ Violation Notice

Charging you with a violation of Title 18 United States Code, Section(s) 3583(d)

Brief description of offense:

Violation of Conditions of Supervised Release

[signature]
Signature of Issuing Officer

7/22/2008
Date

Martha Saucier, Deputy Clerk
Name and Title of Issuing Officer

AO83 (Rev. 10/03) Summons in a Criminal Case

**RETURN OF SERVICE**

Service was made by me on:[1] Date 7/23/08

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at:

☑ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: [redacted]
WARWICK R.I. w/ MOTHER

☐ Returned unexecuted: * JANICE EVANS OF SAME ADDRESS

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 7/23/08
Date

BURTON STALLWOOD
Name of United States Marshal

C. A Moore
(by) Deputy United States Marshal

Remarks:

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

2008 JUL 28 P 12: 14

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.

FILED