**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 1:97-78** |
| | ) | |
| **DAVID EVANS** | ) | |

---

## MOTION TO AMEND CONDITIONS OF SUPERVISION

Now comes the defendant, David Evans, and hereby moves this Honorable Court to continue his sentencing on his violation of supervised release. Sentencing is currently set for September 18, 2008. Mr. Evans requests a one week continuance of his sentencing hearing.

Respectfully submitted
David Evans
By his attorney,

/s/ Mary S. McElroy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281 (401) 528-4285 Fax
Mary_McElroy@fd.org

**CERTIFICATION**

I hereby certify that I electronically filed and served a copy of the within on Andrew Reich, AUSA on September 12, 2008.

/s/ Mary S. McElroy